IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEO SPECIALTY CHEMICALS, INC., | |
| Plaintiff, | |
| v. | 1:16-cv-2629-WSD |
| LINDA KORDI KAKAVAND and GULBRANDSEN TECHNOLOGIES, INC., | |
| Defendants. | |

**OPINION AND ORDER**

This matter is before the Court on Plaintiff GEO Specialty Chemicals, Inc.'s ("Plaintiff") Unopposed Motion of Plaintiff to Seal Certain Portions of the Exhibits to Defendant Gulbrandsen Technologies, Inc.'s Identification of Actual or Potential GEO Documents [51]. Plaintiff seeks to file under seal certain documents and portions of documents in accordance with the August 11, 2016, Protective Order [35].

Under federal common law, there is a presumption that judicial records are public documents. See Nixon v. Warner Commun., Inc., 435 U.S. 589, 597 (1978); Chicago Tribune Co. v. Bridgestone/Firestone, 263 F.3d 1304, 1311 (11th Cir. 2001). The public's common-law right of access is not absolute, however, and

"may be overcome by a showing of good cause." <u>Romero v. Drummond Co.</u>, 480 F.3d 1234, 1245 (11th Cir. 2007). "[W]hether good cause exists . . . is . . . decided by the nature and character of the information in question." <u>Id.</u> at 1246 (quoting <u>Chicago Tribune</u>, 263 F.3d at 1315). Courts deciding whether to seal documents must balance "the public interest in accessing court documents against a party's interest in keeping the information confidential." <u>Id.</u> In balancing these interests, "courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." <u>Id.</u>

 The Court has reviewed the documents and portions of documents Plaintiff seeks to file under seal, and finds that the information sought to be protected shows specific product compositions and other market sensitive information, including information potentially constituting trade secrets. The Court finds Plaintiff has shown good cause to deny the public's common-law right of access to the particular documents and portions of documents it seeks to file under seal. <u>See id.</u> at 1245.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff GEO Specialty Chemicals, Inc.'s Unopposed Motion of Plaintiff to Seal Certain Portions of the Exhibits to Defendant Gulbrandsen Technologies, Inc.'s Identification of Actual or Potential GEO Documents [51] is **GRANTED**.

**SO ORDERED** this 24th day of August, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE